Form 5 – SUITABLE WITH MAILING                                    elvira

P299638

**ROBERT WISNIEWSKI P.C.**      ROBERT WISNIEWSKI P.C.
U S DISTRICT COURT SOUTHERN DISTRICT STATE OF NEW YORK
--------------------------------------------------------
WIOLETA GABLE                                              index No. **13 CIV 5928**
                                                           Date Filed
                                    PLAINTIFF
                     – vs –
SA MIDTOWN LLC D/B/A CASA LEVER, ETAL                      Office No.
                                    DEFENDANT               Court Date.
--------------------------------------------------------
                    STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**AVATAR NEAL** being duly sworn, deposes and says; I am over 18 years of age, not a party to
this action, and reside in the State of New York. That on the **27TH** day of **SEPTEMBER, 2013
07:23 PM** at
                    **28 E. 70TH STREET APT. 10**
                    **NEW YORK NY 10021**
I served the **AMENDED SUMMONS AND AMENDED COMPLAINT, CIVIL COVER SHEET,**
upon **GHERARDO GUARDUCCI**
**the DEFENDANT** therein named by delivering and leaving a true copy or copies of the
aforementioned documents with **(JANE) GUARDUCCI, WIFE WHO REFUSED FULL NAME**
a person of suitable age and discretion.
                    Deponent describes the person served as aforesaid to the best of
deponent's ability at the time and circumstances of the service as follows.

                    SEX: **FEMALE** COLOR: **WHITE** HAIR: **BLACK**
                    APP.AGE: **45** APP. HT: **5'5** APP. WT: **120**
                    OTHER IDENTIFYING FEATURES


On **10/02/2013** I deposited in the United States mail another true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
**DEFENDANT** at the above address. That being
**the usual place of abode, last known residence of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside
thereof by return address or otherwise that said notice is from an attorney or concerns an
action against the person to be served.

COMMENTS:



Sworn to before me this
02ND day of OCTOBER, 2013


SHAWN D FORBES                              AVATAR NEAL 1453615
Notary Public, KINGS COUNTY                 inSync Litigation Support, LLC
  01FO6275296                               75 MAIDEN LANE 11TH FLOOR
Qualified in KINGS COUNTY                   NEW YORK, NY 10038
Commission Expires 01/28/2017               Reference No: 3-RW1-299638